IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JAMES EDMONDS,** | : |
| **Plaintiff,** | : |
| v. | : CASE NO. 5:07-cv-43 (WDO) |
| **MICHAEL THURMAN,** | : |
| **Commissioner of the Georgia** | |
| **Department of Labor, et al.,** | : |
| **Defendants.** | : |

# J U D G M E N T

Pursuant to the Order of this Court filed February 6, 2007, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this action without prejudice.

This 7th day of February, 2007.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**