# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **JAMES EDMONDS,** | : | |
| **Plaintiff** | : | |
| v. | : | 5:07-CV-43 (WDO) |
| **MICHAEL THURMAN, Commissioner** | : | |
| of the Georgia Department of Labor, et al., | : | |
| **Defendants** | : | |

## ORDER

After Plaintiff's first complaint in this case was dismissed as frivolous, Plaintiff filed an amended complaint alleging a violation of his 14th Amendment rights, cruel and unusual punishment and slander by the Georgia Department of Labor and several individual defendants. Plaintiff did not pay the $350 filing fee with his amended complaint nor did he file a motion to proceed *in forma pauperis*, although he was instructed to do so in the previous order. A review of the amended complaint shows that Plaintiff has again failed to set forth a claim over which this Court has jurisdiction. Plaintiff Edmonds is reminded, as was thoroughly explained in the previous order, that this Court is a court of limited jurisdiction and may only hear claims that fall within a particular federal statute or federal case. None of Plaintiff's newly asserted claims are matters that can be addressed by any federal statute or federal court case. Therefore, because Plaintiff Edmonds failed to allege a claim over which this Court has jurisdiction, his amended complaint, and this entire case,

is dismissed.

**SO ORDERED, this 12th day of February, 2007.**


**S/**
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**